IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bowers, Marshal Everett

Printed: 6/3/08

Case Number: 07 B 06353
Judge: Squires, John H
Filed: 4/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 23, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 750.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 709.50 |
| Trustee Fee: |  | 40.50 |
| Other Funds: |  | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 900.00 | 709.50 |
| 2. | Internal Revenue Service | Priority | 1,658.59 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 196.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 196.00 | 0.00 |
| 5. | DeVry Institute of Technology | Unsecured | 0.00 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 8. | Citibank | Unsecured | 0.00 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 10. | Capital One | Unsecured | 45.60 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 40.43 | 0.00 |
| 12. | Triad Financial Services | Unsecured | 648.30 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 1.96 | 0.00 |
| 14. | Road Loans | Secured |  | No Claim Filed |
| 15. | Robert Morris College | Priority |  | No Claim Filed |
| 16. | Kaner Medical Group | Unsecured |  | No Claim Filed |
| 17. | Noland Real Estate | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,686.88 | $ 709.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.50 |
|  | _____ |
|  | $ 40.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Bowers, Marshal Everett | Case Number:  07 B 06353 |
| | Judge:  Squires, John H |
| Printed:  6/3/08 | Filed:  4/10/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

